HOCKADAY v. LEE

No. 530P96

Case below: 124 N.C.App. 425

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

HOLT v. WILLIAMSON

No. 134P97

Case below: 125 N.C.App. 305

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

JONES v. ROCHELLE

No. 37P97

Case below: 125 N.C.App. 82

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

LAURENT v. USAIR, INC.

No. 468P96

Case below: 124 N.C.App. 208

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

LOWERY v. PHILLIPS

No. 150P97

Case below: 125 N.C.App. 743

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.